1  Pavneet Singh Uppal, SBN 016805
2  Kris Leonhardt, SBN 026401
   FISHER & PHILLIPS LLP
3  3200 North Central Avenue, Suite 1550
   Phoenix, Arizona 85012-2487
4  Telephone: (602) 281-3400
5  Fax: (602) 281-3401
   puppal@fisherphillips.com
6  kleonhardt@fisherphillips.com
7  Attorneys for Defendants

8

9                    **UNITED STATES DISTRICT COURT**

10                    **FOR THE DISTRICT OF ARIZONA**

11  Navajo Health Foundation – Sage Memorial    No.  CV-23-08072-DJH
    Hospital, Inc.
12                                              **CORPORATE DISCLOSURE**
                      Plaintiff,               **STATEMENT**
13
14        v.

15  Razaghi Development Company, LLC, et
    al.,
16
                      Defendants.
17
    And all related claims.
18

19        This Corporate Disclosure Statement is filed on behalf of Defendant Razaghi

20  Development Company, LLC ("RDC"), in compliance with the provisions of:

21        ☒    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate

22             party to an action in a district court must file a statement that identifies any

23             parent corporation and any publicly held corporation that owns 10% or more

24             of its stock or states that there is no such corporation.

25        ☐    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental

26             corporate party to a proceeding in a district court must file a statement that

27             identifies any parent corporation and any publicly held corporation that

28             owns 10% or more of its stock or states that there is no such corporation.

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
(602) 281-3400

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

☐ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

RESPECTFULLY SUBMITTED this 3rd day of November 2025.

FISHER & PHILLIPS LLP

By  s/ *Pavneet S. Uppal*
_____
Pavneet S. Uppal
Kris Leonhardt
3200 North Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

D. Samuel Coffman
Bradley A. Burns
Amanda E. Newman
Turner S. Smith
DICKINSON WRIGHT PLLC
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
scoffman@dickinsonwright.com
bburns@dickinsonwright.com
anewman@dickinsonwright.com
tsmith@dickinsonwright.com
Attorneys for Plaintiff

s/ *Itzel Cano*

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
(602) 281-3400